**No. 48785.**—Protests 52580–K, etc., of Louis H. Arens et al. (San Francisco, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48786.**—Protests 958276–G, etc., of Consolidated Produce et al. (Los Angeles, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48787.**—Protests 726101–G, etc., of Douglas Gordon Carroll et al. (Baltimore, etc.).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, SEPTEMBER 18, 1943

**No. 48788.**—Protests 10971–K, etc., of Consolidated Hat Co. (New York).

Opinion by TILSON, J.   It now appearing that the harvest hats in question were imported subsequent to the effective date of the Netherlands Trade Agreement (T. D. 48075) it was held that all harvest hats there in question are dutiable at 12½ percent under paragraph 1504 (b) (5) and the said trade agreement, rather than at 25 percent ad valorem under paragraph 1504 (b) (5).

BEFORE THE THIRD DIVISION, SEPTEMBER 18, 1943

**No. 48789.**—Protests 64843–K, etc., of Ignaz Strauss & Co. et al. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel certain of the trays composed wholly or in chief value of brass, copper (not brass), or pewter, not plated with platinum, gold, or silver, or colored with gold lacquer, used chiefly for utilitarian purposes on the table or in the household, were held dutiable as follows: (1) Those in chief value of brass, found to be similar to exhibits 1 to 6 in *Strauss* v. *United States* (9 Cust. Ct. 342, C. D. 710), at 40 percent under paragraph 339; (2) those in chief value of brass, found to be similar to exhibit 7 in *Strauss* v. *United States, supra,* at 45 percent under paragraph 397; (3) those in chief value of copper (not brass), similar to exhibits 1 to 6 in *Strauss* v. *United States, supra,* at 35 percent ad valorem under paragraph 339, as modified by the United Kingdom Trade Agreement (T. D. 49753); and (4) those in chief value of pewter, similar to exhibit 8 in *Strauss* v. *United States, supra,* at 25 percent ad valorem under paragraph 339, as modified by the said trade agreement (T. D. 49753); plus in each instance the revenue tax wherever assessed.   Protests sustained to this extent.